ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California Bar Number 112613
    Federal Building, Suite 7516                          JS-6
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CV 10-3427 JFW (RZx) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| KENT FROEHLICH, individually ) | |
| and as trustee and beneficiary of the ) | |
| SAM AND RUTH FROEHLICH ) | |
| FAMILY TRUST DATED ) | |
| FEBRUARY 27, 1991; the SAM ) | |
| AND RUTH FROEHLICH ) | |
| FAMILY TRUST DATED ) | |
| FEBRUARY 27, 1991; FRED ) | |
| STEINBERG, Conservator of KENT ) | |
| FROEHLICH; and Does 1 to 10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

1

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff

2 United States of America's Motion For Summary Judgment is granted as against

3 defendant Kent Froehlich as follows;

4    Judgment is hereby entered in this matter in favor of Plaintiff United States

5 of America and against Defendant Kent Froehlich in the amount of $1,972,415.00,

6 together with Plaintiff's costs herein.

7    DATED: March 2, 2011

8

9                                                    _____
                                                     UNITED STATES DISTRICT JUDGE

10
   PRESENTED BY:
11
   ANDRÉ BIROTTE JR.
12 United States Attorney
   LEON W. WEIDMAN
13 Assistant United States Attorney
   Chief, Civil Division

14

15 /s/ Russell W. Chittenden
   RUSSELL W. CHITTENDEN
16 Assistant United States Attorney

17 Attorneys for Plaintiff
   United States of America

18

19

20

21

22

23

24

25

26

27

28

2